The People of the State of New York, Appellant, *v.* Stanley Reese, Respondent.

Argued January 9, 1947; decided February 28, 1947.

*Frank S. Hogan, District Attorney (Edward T. Perry* and *Richard G. Denzer* of counsel), for appellant.

*Gilbert S. Rosenthal* for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.